### HERCULES SATELLITE COMMUNICATIONS, LLC, Appellee,

v.

### Johnny M. BROWN, Appellant.

### No. 01–7053.

United States Court of Appeals, District of Columbia Circuit.

April 8, 2002.

Before GINSBURG, Chief Judge; RANDOLPH, and GARLAND, Circuit Judges.

### JUDGMENT

PER CURIAM.

This appeal was considered on the record from the United States District Court for the District of Columbia and on the

brief filed by appellant. The court has determined that the issues presented occasion no need for an opinion. See Fed. R.App. P. 36; D.C.Cir. Rule 36(b). It is

ORDERED AND ADJUDGED that the district court's order of February 28, 2001, be affirmed. Appellant has offered no argument that the district court improperly determined appellant was in default.

Pursuant to D.C. Circuit Rule 36, this disposition will not be published. The Clerk is directed to withhold issuance of the mandate herein until seven days after resolution of any timely petition for rehearing or petition for rehearing en banc. *See* Fed. R.App. P. 41(b); D.C.Cir. Rule 41.